| | |
|---|---|
| Vincent Galvin (SBN# 104448) | Eric S. Carroll |
| Vincent.Galvin@bowmanandbrooke.com | ecarroll@esclegal.com |
| BOWMAN AND BROOKE LLP | Law Office of Eric S. Carroll LLC |
| 1741 Technology Drive, Suite 200 | 150 North Randor - Chester Road |
| San Jose, CA  95110 | Suite F200 |
| Telephone No.:  (408) 279-5393 | Rando, PA 19087 |
| Fax No.:  (408) 279-5845 | Telephone No.: (484) 362-9131 |
| | Fax No.: (484) 346-4400 |
| Dennis P Ziemba | |
| dziemba@eckertseamans.com | Attorney for Plaintiff |
| Eckert Seamans Cherin and Mellott LLC | Karen DiNunzio |
| Two Liberty Place | |
| 50 South 16th Street 2nd Floor | |
| Philadelphia, PA 19102 | |
| Telephone No. (215) 851-8400 | |
| Fax No.: (215) 851-8383 | |

Attorneys for Defendants
Toyota Motor Sales U.S.A., Inc., et al.

# JS-6

UNITED STATES DISTRICT COURT OF CALIFORNIA

CENTRAL DISTRICT

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 8:10ML02151 JVS (FMOx)<br>         8:20CV00734JVS(FMOx)<br><br>ORDER ON STIPULATION OF DISMISSAL<br>(FRCP Rule 41(a)(1)(A)(ii)) |
| This document relates to:<br>Karen DiNunzio v. Toyota Motor Corporation, et al.;<br>Case No.: 8:20-cv-00734 | |

The Court, having read the Stipulation of Dismissal filed by all parties to have appeared in this action, and finding good cause,

IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice as to all plaintiff's claims, actions and causes of action asserted against

defendants.  Each party is to bear its own costs and fees, including, but not limited to, attorney's fees and expert fees.  The Court shall retain jurisdiction over the action for 90 days following the entry of this Order (unless extended) for the purposes of enforcing the terms of the parties' settlement agreement.

      IT IS SO ORDERED.

DATED: July 29, 2022

_____
Honorable James V. Selna